# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:20-cv-07509-DDP-PJW | Date | June 24, 2021 |
| Title | Maria Martinez v. United States Postal Service | | |

Present: The Honorable     DEAN D. PREGERSON, U.S. DISTRICT JUDGE

| Patricia Gomez | None Present | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| NO APPEARANCE | NO APPEARANCE |

Proceedings:

        ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION

       Plaintiff(s) is ordered to show cause in writing no later than August 30, 2021 why this action should not be dismissed for lack of prosecution.

       The Court will consider the filing of the following, as an appropriate response to this OSC, on or before the above date:

- Proof of service of summons and complaint.

       In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, no oral argument of this matter will be heard unless ordered by the Court. The Order will stand submitted upon the filing of the response to the Order to Show Cause. Failure to respond to the Court's Order may result in the dismissal of the action.

|   |   |   |
|---|---|---|
|   | 00 : 00 |   |
| Initials of Preparer | PG |   |