UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

Case No.  2:20-cv-07509-DDP(PJWx)                                    Date: June 30, 2021

Title  <u>Maria Martinez v. United States Postal Service</u>

Present: The Honorable:  <u>DEAN D. PREGERSON, UNITED STATES DISTRICT JUDGE</u>

| Daisy Rojas for Patricia Gomez | Not Present |
|---|---|
| Relief Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings: (IN CHAMBERS) ORDER TO SHOW CAUSE**

    It does not appear to the court that Plaintiff has requested the issuance of a summons, let alone served Defendant with a summons and complaint.  Accordingly, Plaintiff is ordered to show cause, no later than July 16, 2021, why this action should not be dismissed for failure to serve Defendant within the appropriate time period.  See Fed. R. Civ. P. 4(m).

:

**Initials of Preparer**   dr
